IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SOUTH LAKE TAHOE, a ) <br> Political Division of the ) <br> State of California; SOUTH ) <br> LAKE TAHOE POLICE DEPARTMENT; ) <br> POLICE OFFICER D. BAKER; ) <br> POLICE OFFICER SILVA; and ) <br> POLICE OFFICER RAMIREZ, ) <br> ) <br> Defendants. ) <br> _____) | 2:04-cv-00305-GEB-DAD <br><br> <u>TRANSMITTAL TO PARTIES OF</u> <br> <u>TRIAL DOCUMENTS</u> |

        Attached are proposed voir dire questions, preliminary jury instructions, and closing jury instructions.  It is assumed that the parties stipulate that Defendants acted under color of law, so this element of Plaintiff's claims has been omitted from the attached instructions.  Cf. <u>Achor v. Riverside Golf Club</u>, 117 F.3d 339, 341-42 (7th Cir. 1997) (indicating that instructions should help jurors concentrate on the issues at hand).

1    Preliminary Jury Instruction No. 3 includes language from
2 the parties' "Agreed Statement to the Jury."  Specifically, text
3 beginning with the word "that" on 1:25 to and including the word
4 "campfire" on 2:1, and text beginning with the word "the" on 2:6 to
5 and including the word "evening" on 2:7 has been included in
6 Preliminary Jury Instruction No. 3.  No changes were made to the
7 text except in the latter the word "probable" was replaced with the
8 word "legal."

9    The undersigned judge's trial docket is presently
10 congested.  In light of the parties' undisputed facts, the case
11 should be tried in three days.  The parties shall prepare for an
12 expedited trial, and are encouraged to reach additional
13 stipulations to ensure that the trial is completed in three days.

DATED:  November 1, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge