H. TY KHARAZI   SBN #187894
**KHARAZI AND SIRABIAN**
**A Professional Corporation**
1145 East Shaw Avenue
Fresno, CA 93710
Tel (559) 266-4030
Fax (559)266-4236

Attorney for Plaintiff,
RODNEY WARD

# UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RODNEY WARD ) | Case No. S-04-305 GEB DAD |
| ) | |
| ) | [Proposed] **ORDER ON** |
| Plaintiff, ) | **STIPULATION REGARDING** |
| ) | **APPEARANCE BY VIDEO** |
| vs. ) | **CONFERENCE** |
| ) | |
| CITY OF SOUTH LAKE TAHOE, A Political ) | |
| Division of State of California, SOUTH LAKE ) | |
| TAHOE POLICE DEPARTMENT; POLICE ) | |
| OFFICER D. BAKER, POLICE OFFICER EVANS, ) | |
| POLICE OFFICER SILVA; and POLICE OFFICER ) | |
| RAMIREZ; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   Based on the stipulation of the parties, Dr. Timothy Butler, Kenneth Merrill, Conrad Bedstead may appear by video cast as witnesses at trial. Plaintiff's attorney to make all necessary arrangements.

   IT IS SO ORDERED.

Dated:  November 2, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge