IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY WARD,  )
 ) 2:04-cv-00305-GEB-DAD
        Plaintiff,  )
 )
   v.  ) ORDER
 )
CITY OF SOUTH LAKE TAHOE, a  )
Political Division of the  )
State of California; SOUTH  )
LAKE TAHOE POLICE DEPARTMENT;  )
POLICE OFFICER D. BAKER;  )
POLICE OFFICER SILVA; and  )
POLICE OFFICER RAMIREZ,  )
 )
        Defendants.  )
_____)

The hearing on the Order to Show Cause scheduled to be heard in Courtroom 1 in Fresno is rescheduled for hearing in Courtroom 10 in Sacramento at 10:30 a.m. on Monday, November 21, 2005.

Dated:  November 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge