IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RODNEY WARD,                      )
                                  )    02:04-cv-0305-GEB-DAD
            Plaintiff,            )
                                  )
    v.                            )    ORDER
                                  )
CITY OF SOUTH LAKE TAHOE, a       )
Political Division of the         )
State of California; SOUTH        )
LAKE TAHOE POLICE DEPARTMENT;     )
POLICE OFFICER D. BAKER;          )
POLICE OFFICER SILVA; and         )
POLICE OFFICER RAMIREZ,           )
                                  )
            Defendants.           )
                                  )
```

         Plaintiff and his counsel of record have filed responsive declarations to the Order to Show Cause ("OSC") issued on November 9, 2005.  Plaintiff Rodney Ward's averments in his declaration reveal that sanctions should not be imposed against him under the applicable standard.  Therefore, the OSC against Plaintiff Rodney Ward is discharged.  The hearing on the OSC against Plaintiff's counsel of record, however, remains scheduled

/////

/////

/////

1

```
 1  on November 21, 2005, at 2:00 p.m. in Courtroom 10, Sacramento,
 2  California.
 3          IT IS SO ORDERED
 4
 5  DATED:  November 16, 2005
 6                                      /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
 7                                      United States District Judge
```