IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

RODNEY WARD,

        Plaintiff,

    v.

CITY OF SOUTH LAKE TAHOE, a Political Division of State of California; SOUTH LAKE TAHOE POLICE DEPARTMENT; POLICE OFFICER D. BAKER; POLICE OFFICER EVANS; and POLICE OFFICER RAMIREZ,

        Defendants.[1]

2:04-cv-0305-GEB-DAD

**AMENDED FINAL PRETRIAL ORDER**

----

The status (pretrial scheduling) conference scheduled in this case for August 28, 2006, is vacated since the joint status report ("JSR") submitted by the parties indicates that this Order amending the Final Pretrial Order, which was filed August 18, 2005, should issue.

----

[1] The caption has been modified according to the parties' request in their JSR "that the Pre-Trial Order of August 18, 2005, be amended to reflect that Defendant, Officer Candace Silva, be dismissed from the action and that Defendant, Officer Greg Evans, remains as a Defendant and that the caption be corrected accordingly." (JSR at 2-3.)

1

In their JSR, the parties request that "[a]ll Court Orders remain the same[,]" with the exception noted above regarding the caption modification. (JSR at 2-3.)  This request is granted except as stated otherwise below.  Defendants further "request that the Court schedule another Pre-Trial Conference before the scheduled Trial date." (Id. at 3.)  However, Defendants have not demonstrated the need for another pre-trial conference where, as here, the parties have already received proposed trial documents, which were sent to the parties in a filing on November 1, 2005.[2]  The points of law to be tried are set forth in the proposed jury instructions filed November 1, 2005.  Any proposed changes to a trial document filed November 1, 2005, shall be filed no later than November 30, 2006.  The parties shall confer and determine whether agreement can be reached on any proposal before it is submitted.  Any opposition to a proposed change shall also be filed no later than November 30, 2006.

Trial is set for February 27, 2007, commencing at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 21, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] In light of the parties' agreements regarding Defendants Evans and Silva, a proposed amended verdict form is attached to this Order. The amended verdict form reflects the assumption that Plaintiff's claims are against the City of South Lake Tahoe and that the South Lake Tahoe Police Department is not exposed to separate liability.  If clarification of this matter is required, it should be provided as a proposed change to the verdict form.

2