IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RODNEY WARD,                          )
                                      )    2:04-cv-00305-GEB-DAD
               Plaintiff,             )
                                      )
      v.                              )
                                      )    VERDICT FORM
CITY OF SOUTH LAKE TAHOE, a           )
Political Division of the             )
State of California; SOUTH            )
LAKE TAHOE POLICE DEPARTMENT;         )
POLICE OFFICER D. BAKER;              )
POLICE OFFICER EVANS; and             )
POLICE OFFICER RAMIREZ,               )
                                      )
                                      )
               Defendants.            )
_____)
```

We the jury find the following special verdict:

QUESTION 1:   Does Plaintiff prevail on his battery claim?

ANSWER:       Against Defendant Baker          ___ Yes    ___ No

              Against Defendant Evans          ___ Yes    ___ No

              Against Defendant Ramirez        ___ Yes    ___ No

              Against Defendant City
              of South Lake Tahoe              ___ Yes    ___ No

1

Please answer the next question.

QUESTION 2:   Does Plaintiff prevail on his negligence claim?

ANSWER:     Against Defendant Baker          ___ Yes    ___ No

            Against Defendant Evans          ___ Yes    ___ No

            Against Defendant Ramirez        ___ Yes    ___ No

            Against Defendant City
            of South Lake Tahoe              ___ Yes    ___ No

Please answer the next question.

QUESTION 3:   Does Plaintiff prevail on his negligent infliction of emotional distress claim?

ANSWER:     Against Defendant Baker          ___ Yes    ___ No

            Against Defendant Evans          ___ Yes    ___ No

            Against Defendant Ramirez        ___ Yes    ___ No

            Against Defendant City
            of South Lake Tahoe              ___ Yes    ___ No

Please answer the next question.

QUESTION 4:   Does Plaintiff prevail on his intentional infliction of emotional distress claim?

ANSWER:       Against Defendant Baker        ___ Yes   ___ No

              Against Defendant Evans        ___ Yes   ___ No

              Against Defendant Ramirez      ___ Yes   ___ No

              Against Defendant City
              of South Lake Tahoe            ___ Yes   ___ No

   Please answer the next question.

QUESTION 6:   Does Plaintiff prevail on his failure to train claim against Defendant City of South Lake Tahoe?

ANSWER:                                      ___ Yes   ___ No

   If you answered "yes" to question 1, 2, 3, 4, 5, or 6, please answer the next question.

QUESTION 7:   What amount of Damages is Plaintiff entitled to recover?

ANSWER:       $_____  Against Defendant Baker

              $_____  Against Defendant Evans

              $_____  Against Defendant Ramirez

              $_____  Against Defendant City
                                   of South Lake Tahoe

If you answered "yes" to question 1, 4, or 5, please answer the next question.

QUESTION 8:  Do you find Plaintiff is entitled to recover punitive damages?

ANSWER:     Against Defendant Baker        ___ Yes    ___ No

            Against Defendant Evans        ___ Yes    ___ No

            Against Defendant Ramirez      ___ Yes    ___ No


      Please sign and date this verdict.


DATED:_____        _____
                                    FOREPERSON