Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
  Tel. (530) 587-0333
  Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendant: City of South Lake Tahoe, South Lake Tahoe Police Department, Police Officers D. Baker, Evans, and Ramirez

**FILED**

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, A Political Division of State of California, SOUTH LAKE TAHOE POLICE DEPARTMENT, POLICE OFFICER D. BAKER, POLICE OFFICER SILVA, and POLICE OFFICER RAMIREZ,<br><br>    Defendants. | Case No. CIV-S-04-305 GEB DAD<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, OFFICER GREG EVANS, hereby requests that Catherine L. DiCamillo, City Attorney for the City of South Lake Tahoe, and current legal representative of Defendants, CITY OF SOUTH LAKE TAHOE, SOUTH LAKE TAHOE POLICE DEPARTMENT, OFFICER DARREN BAKER, OFFICER CANDACE SILVA AND OFFICER ALFREDO RAMIREZ, be substituted as legal counsel the Defendants herein, by Gayle K. Tonon, of Tonon &

-1-

SUBSTITUTION OF ATTORNEY

1 | Associates.  All future correspondence, pleadings, and other filings
2 | should be sent to the following address:
3 |     Gayle K. Tonon, Esq., SBN: 110427
4 |     TONON & ASSOCIATES
    |     10020 Church Street
5 |     Post Office Box 2536
    |     Truckee, California 96160
6 |     Tel: (530) 587-0333
    |     Fax: (530) 587-1545
7 |
8 |     The party making this substitution is a Defendant in this
9 | action.
10 | Dated: August 14, 2006
11 |                                    /s/Greg Evans
    |                                    Defendant, OFFICER GREG EVANS
12 |
13 | The undersigned hereby accepts said substitution.
14 | Dated: August 14, 2006            **TONON & ASSOCIATES**
15 |
16 |                                    By: /s/Gayle K. Tonon
    |                                        GAYLE K. TONON, ESQ.
17 |
18 | IT IS SO ORDERED:
19 | Dated: 8/23/06
20 |                                    Judge of the U.S. District Court-
    |                                    Eastern Division
21 |
...
27 | (SLT6001)P08146.SubAttyEvans
28 |