IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

RODNEY WARD,

        Plaintiff,

        v.

CITY OF SOUTH LAKE TAHOE, a Political Division of State of California; SOUTH LAKE TAHOE POLICE DEPARTMENT; POLICE OFFICER D. BAKER; POLICE OFFICER EVANS; and POLICE OFFICER RAMIREZ,

        Defendants.

2:04-cv-0305-GEB-DAD

ORDER[*]

----

Two motions in limine were filed October 11, 2005. The first motion argues the proffered testimony of "[P]laintiff's experts Conrad Bedstead and Ken C. Merrill . . . lacks proper foundation."

----

[*] On November 30, 2006, defense counsel filed a declaration in which she states that "Defendants are unable to locate any ruling of the Court regarding the 'Motions in Limine' of the Defendants set forth in the Joint Pre-Trial Statement . . . ." (Tonon Decl. at 2.) The referenced portions of the parties' Joint Pre-Trial Statement do not constitute motions in limine; however, in considering defense counsel's declaration, it was discovered that a ruling never issued on the parties' "Stipulation Re Evidentiary Disagreements" filed October 11, 2005. Accordingly, the following Order issues.

1

1  (Stipulation Re Evidentiary Disagreements at 1.)  Since it is unclear
2  whether sufficient foundation exists for the proffered testimony, the
3  motion is denied.
4      Second, "Defendants . . . object that anticipated testimony
5  from [P]laintiff's experts, Conrad Bewdstead and Ken C. Merill is
6  cumulative" and should be excluded under Rule 403 of the Federal Rules
7  of Evidence.  (Id. at 2.)  The record is insufficient for an in limine
8  ruling on this basis; therefore, the motion is denied.
9      IT IS SO ORDERED.
10 Dated:  December 1, 2006

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge