IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF SOUTH LAKE TAHOE, a Political Division of State of California; SOUTH LAKE TAHOE POLICE DEPARTMENT; POLICE OFFICER D. BAKER; POLICE OFFICER EVANS; and POLICE OFFICER RAMIREZ,<br><br>　　　　Defendants. | 2:04-cv-0305-GEB-DAD<br><br><br>ORDER |

　　　　Trial is scheduled to commence in this action on February 27, 2007, at 9:00 a.m. Since it should take no longer than an hour to select a jury, Plaintiff shall be prepared to present evidence at 10:30 a.m. or earlier on February 27. Trial will be held February 27 and 28, and then Tuesday, Wednesday, and Thursday of the following weeks until closing arguments conclude. After the jury commences

///

///

1 deliberations, counsel shall be available for trial proceedings every
2 day, except Saturday and Sunday, until the jury is discharged.
3           IT IS SO ORDERED.
4 Dated:  February 5, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge