IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD, ) | |
| ) | 2:04-cv-305-GEB-DAD |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>RULING RE: NOTICE</u> |
| ) | |
| CITY OF SOUTH LAKE TAHOE, a ) | |
| Political Division of the ) | |
| State of California; SOUTH ) | |
| LAKE TAHOE POLICE DEPARTMENT; ) | |
| POLICE OFFICER D. BAKER; ) | |
| POLICE OFFICER SILVA; and ) | |
| POLICE OFFICER RAMIREZ, ) | |
| ) | |
| Defendants. ) | |

Since Defendants' "Notice of Waiver of Jury," filed on February 23, 2007, is ineffective in waiving Plaintiff's right to a jury trial, the Notice is disregarded.

Dated: February 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge