IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD,              Plaintiff,     v. CITY OF SOUTH LAKE TAHOE, a Political Division of State of California; POLICE OFFICER D. BAKER; POLICE OFFICER EVANS; and POLICE OFFICER RAMIREZ,              Defendants. | 2:04-cv-0305-GEB-DAD ORDER |

On March 2, 2007, Defendants proposed revisions to the jury instructions and verdict form. (Decl. of Gayle K. Tonon Regarding Proposed Jury Instructions and Verdict Form.) Plaintiff filed an objection the same day, in which he essentially argues the proposals are untimely and "amount to an ambush." (Decl. of H. Ty Kharazi in Opp'n to Req. for Am. to the Jury Instructions.)

Since the jury instructions should be stated in plain, understandable language that helps "the jurors to concentrate on the question[s] at hand," some of Defendants' proposed changes to the jury

instructions are adopted. <u>Achor v. Riverside Golf Club</u>, 117 F.3d 339, 341 (7th Cir. 1997).

Therefore, the following changes are made to the jury instructions filed on November 1, 2005 ("Nov. 1 Instructions"):[1]

1. Nov. 1 Instructions 7 and 8 are stricken;
2. In Nov. 1 Instruction 12, the words "Police Department" are deleted;[2]
3. Nov. 1 Instruction 16 is amended as Defendants request, but since Nov. 1 Instructions 16 and 17 are subsumed in Defendants' proposed Instruction 16, Nov. 1 Instructions 16 and 17 are deleted;
4. In Nov. 1 Instruction 33, the Ninth Circuit's model jury instruction on deliberate indifference is substituted in place of what was proposed in Nov. 1 Instruction 33;
5. Defendants' proposed Instruction 49 is similar to the second portion of Nov. 1 Instruction 24, but proposed Instruction 49 is given in lieu of the second portion of Nov. 1 Instruction 24, since it is more pertinent to the issues tried;
6. At line 2 of Nov. 1 Instruction 34, the word "it" is replaced by the word "he";

---

[1] Defendants' proposed Instructions 45, 46, 47, and 52 are rejected since they are untimely and are adequately covered by other instructions. Defendants' proposed Instruction 48 is unnecessary in light of the stated or indicated limited bases on which exhibits K-3 and K-4 were used at trial. Defendants' proposed Instruction 50 is rejected because it is untimely and has not been shown to be an issue preserved for trial. Defendants' proposed Instruction 51 is rejected because it is untimely and, other than what is covered by Nov. 1 Instruction 31, has not been shown to be an issue preserved for trial.

[2] The South Lake Tahoe Police Department has been deleted from the caption.

7. Language is added to Nov. 1 Instruction 40 in accordance with California Jury Instructions – Civil, BAJI § 7.94.[3]

Additionally, the following changes are made to the revised verdict form filed on March 1, 2007:

1. A new question 8 is added and the previous question 8 has been changed to question 9;
2. A question 10 has been added;
3. Directory language has been added and/or amended accordingly.

Dated: March 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[3] Minor changes were also made to the instructions and were provided to counsel during trial; specifically, the word "harmed" was replaced by the word "battered" in line 1 of Nov. 1 Instruction 24, and the word "all" was replaced by the word "each" in line 3 of Nov. 1 Instruction 24.